**Fill in this information to identify the case:**

Debtor name: **SHURWEST, LLC**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known): **2:21-bk-06723-DPC**

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 31, 2021**

X **/s/ James Maschek**
Signature of individual signing on behalf of debtor

**James Maschek**
Printed name

**President**
Position or relationship to debtor

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Anthony Ostlund 90 S 7th Street 3600 Wells Fargo Center Minneapolis, MN 55402 | | Trade debt | | | | $111.00 |
| Arizona Department of Revenue PO Box 29085 Phoenix, AZ 85038 | | Transaction privilege tax | | | | $11.60 |
| Ballard Spahr, LLP 1 E Washington St #2300 Phoenix, AZ 85004-2555 | | Professional services | | | | $268,169.90 |
| Bass, Berry & Sims PLC 150 Third Avenue South Suite 2800 Nashville, TN 37201 | | Professional services | | | | $12,318.00 |
| Burr & Forman LLP PO Box 830719 Birmingham, AL 35283-0719 | | Professional services | | | | $8,627.50 |
| CMAM, Inc dba Heritage Financial Srvcs Albert Andrew Manfre & Jeannette Manfre 28142 Camino Capistrano, Ste 101 Laguna Niguel, CA 92677 | | Contractual obligation | | | | $1,230,482.88 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Dentons Bingham Greenebaum LLP**<br>3913 Solutions Center<br>Chicago, IL 60677-3009 | | Professional services | | | | $204.02 |
| **DLA Piper LLP (US)**<br>PO Box 75190<br>Baltimore, MD 21275 | | Professional services | | | | $1,027,082.66 |
| **Duke Evett, PLLC**<br>1087 W River Street<br>Suite 300<br>Boise, ID 83702 | | Trade debt | | | | $1,811.20 |
| **Element Management Services LLC**<br>17550 N Perimeter Drive<br>Suite 300<br>Scottsdale, AZ 85255 | | Employee production commissions | | | | $4,000.00 |
| **EWR Scottsdale P&P, LLC**<br>51 N Broadway<br>Suite 600<br>Fargo, ND 58102 | | Rent | | | | $356,048.00 |
| **Geiger Prell, LLC**<br>12980 Foster Street<br>Suite 150<br>Overland Park, KS 66213 | | Professional services | | | | $2,380.00 |
| **Horter Investment Management LLC**<br>17726 Seven Gables Rd<br>Symmes Township<br>Cincinnati, OH 45249 | | Contractual obligation | | | | $761,250.00 |
| **King & Spalding LLP**<br>PO Box 116133<br>Atlanta, GA 30368-6133 | | Professional services | | | | $218,141.50 |
| **Minnesota Life Insurance**<br>400 Robert Street North<br>Saint Paul, MN 55101-2098 | | Contractual obligation | Unliquidated<br>Disputed | | | $2,152,524.86 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Mitchell Stein Carey Chapman, PC** **One Renaissance Square, 2 N Central Ave** **Suite 1450** **Phoenix, AZ 85004** | | **Professional services** | | | | $3,840.00 |
| **Quarles & Brady LLP** **411 E Wisconsin Avenue** **Suite 2400** **Milwaukee, WI 53202** | | **Professional services** | | | | $15,076.00 |
| **The Quantum Group, USA** **17550 N Perimeter Drive** **Suite 300** **Scottsdale, AZ 85255** | | **Contractual obligation** | | | | $13,234.01 |