**Fill in this information to identify the case:**

Debtor name  **SHURWEST, LLC**

United States Bankruptcy Court for the:  DISTRICT OF ARIZONA

Case number (if known)  **2:21-bk-06723-DPC**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■  *Schedule H: Codebtors* (Official Form 206H)
■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **September 14, 2021**          X  **/s/ James Maschek**
                                                                      Signature of individual signing on behalf of debtor

                                                                      **James Maschek**
                                                                      Printed name

                                                                      **President**
                                                                      Position or relationship to debtor

Fill in this information to identify the case:

Debtor name   **SHURWEST, LLC**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known)   **2:21-bk-06723-DPC**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
**12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.........................................................................    $        **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.......................................................................    $        **1,576,097.70**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.........................................................................    $        **1,576,097.70**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $        **200,000.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $        **17.38**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$        **6,011,202.50**

4.   Total liabilities ...............................................................................................
    Lines 2 + 3a + 3b      $        **6,211,219.88**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **SHURWEST, LLC**

United States Bankruptcy Court for the:     DISTRICT OF ARIZONA

Case number (if known)     **2:21-bk-06723-DPC**

☐ Check if this is an
    amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
| --- | --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **First Fidelity Bank**<br>**16277 N Greenway Hayden Loop**<br>**Scottsdale, AZ 85260** | Checking | 1024 | $122,441.69 |
| 3.2. | **First Fidelity Bank**<br>**16277 N Greenway Hayden Loop**<br>**Scottsdale, AZ 85260** | Checking | 2187 | $48,105.89 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $170,547.58 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| | **Security deposit**<br>**Edgewood Properties LLLP**<br>**51 N Broadway, Suite 600** | |
| --- | --- | --- |
| 7.1. | **Fargo, ND 58102** | $26,650.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

   **EMC Insurance Co**

   8.1. Additional coverage - policy period 9/2020 - 8/2021 ............................................................ $0.00

   **Microsoft**

   8.2. 15 PowerBI Licenses - coverage period 7/2021 - 6/2022 ...................................................... $1,619.13

   **WPEngine**

   8.3. Website Hosting - coverage period 1/2021 - 12/2021 ............................................................ $2,208.00

   **WINK**

   8.4. Annuity Specs 5-user license - coverage period 9/2020 - 8/2021 ......................................... $0.00

   **Captstorm**

   8.5. CopyStorm SQL Server - coverage period 1/2021 - 12/2021 ................................................. $688.33

   8.6. Southwest Air Flight credit for AIN Conference - TBD2021 .................................................. $560.96

   8.7. Southwest Air Flight credit for AIN Conference - TBD2021 .................................................. $593.96

   8.8. Southwest Air Flight credit for AIN Conference - TBD2021 .................................................. $593.96

   8.9. Duke Law Group - retainer fee ............................................................................................ $10,000.00

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.

   | | $42,914.34 |

| Part 3: | Accounts receivable |

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

   11a. 90 days old or less: _____**387.54**_____ - _____**0.00**_____ = .... _____**$387.54**_____
                   face amount                   doubtful or uncollectible accounts

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| 11a. 90 days old or less: | 77,405.90 | - | 0.00 | = .... | $77,405.90 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 346.40 | - | 0.00 | = .... | $346.40 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 6,952.63 | - | 0.00 | = .... | $6,952.63 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 3,050.00 | - | 0.00 | = .... | $3,050.00 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 0.00 | - | 0.00 | = .... | $0.00 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 0.00 | - | 0.00 | = .... | $0.00 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 80,000.00 | - | 40,000.00 | = .... | $40,000.00 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 66,846.00 | - | 33,423.00 | = .... | $33,423.00 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 71,354.14 | - | 35,677.07 | = .... | $35,677.07 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 20,713.04 | - | 0.00 | = .... | $20,713.04 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 10,000.00 | - | 0.00 | = .... | $10,000.00 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 1,428.58 | - | 0.00 | = .... | $1,428.58 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 10,881.73 | - | 0.00 | = .... | $10,881.73 |
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| $240,265.89 |
| --- |

| Part 4: | Investments |
|---------|-------------|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---------|-----------------------------------------|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|--------------------------------------------------------------------------------|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|------------------------------------------------------------|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---------------------|--------------------------------|---------------------|--------------------------------|
| 39. | **Office furniture** **New conference table** | **$229.85** | **Tax records** | **$229.85** |
| | **High Rise Desks for Admin/Ops (50% deposit)** | **$691.53** | **Tax records** | **$691.53** |
| | **High Rise Desks for Admin/Ops (remaining balance)** | **$778.50** | **Tax records** | **$778.50** |
| | **HR Station Privacy Reconfiguration** | **$1,431.18** | **Tax records** | **$1,431.18** |
| | **Life Admin Workstation Reconfiguration** | **$5,240.97** | **Tax records** | **$5,240.97** |
| 40. | **Office fixtures** **Improvements to Leasehold Interest** | **$36,014.51** | **Tax records** | **$36,014.51** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **SIRIS 3 P6000 Backup device** | **$0.00** | **N/A** | **$0.00** |
| | **Ear Pro - Equipment for new radio program** | **$47.15** | **N/A** | **$47.15** |
| | **3 - Optiplex 7040 computers & 2 22" P2217H** | **$302.57** | **N/A** | **$302.57** |

| | | | |
|---|---|---|---|
| **monitors** | | | |
| **3 - Dell 22" Monitors, 2 OptiPlex Computers** | $271.84 | N/A | $271.84 |
| **InVision Hardware w/ Smartnet** | $381.62 | N/A | $381.62 |
| **10 - Dell 22" Monitors-P2217H, 5 OptiPlex 7040 SFF Computers** | $746.30 | N/A | $746.30 |
| **5 - Dell 22" Monitors-P2217H, 5 OptiPlex 7040 SFF Computers** | $777.75 | N/A | $777.75 |
| **2 - Dell Latitude E5570 Laptops** | $623.55 | N/A | $623.55 |
| **3 - OptiPlex computers, 4 - Dell 22" Monitors** | $974.71 | N/A | $974.71 |
| **1 - OptiPlex Computer** | $253.98 | N/A | $253.98 |
| **Acoustics Designs - Equipment for Conference Room** | $3,544.94 | N/A | $3,544.94 |
| **1 - OptiPlex Computer** | $791.66 | N/A | $791.66 |
| **iMac for Lesa Goodenough** | $966.76 | N/A | $966.76 |
| **4 - Optiplex 7050 SFF** | $2,070.05 | N/A | $2,070.05 |
| **SAN & Related Network Service Equipment** | $34,377.56 | N/A | $34,377.56 |
| **SAN & Related Network Services (implementation)** | $3,838.28 | N/A | $3,838.28 |
| **2 - New PCs with Microsoft Office** | $1,810.65 | N/A | $1,810.65 |
| **Dell Laptop and 2 Dell docking stations** | $1,512.15 | N/A | $1,512.15 |
| **2 - Macbooks with AppleCare** | $2,985.05 | N/A | $2,985.05 |
| **Jan SAN & Related Network Services (implementation)** | $2,844.92 | N/A | $2,844.92 |
| **2 - iMacs with Apple Care for marketing department** | $2,814.14 | N/A | $2,814.14 |
| **Feb SAN & Related Network Services** | $2,180.32 | N/A | $2,180.32 |

| (implementation) | | | |
|---|---|---|---|
| **iMac with Apple Care** | $3,611.85 | N/A | $3,611.85 |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.    | $112,114.34

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest *(Where available)* | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Office**<br>**17550 N Perimeter**<br>**Drive**<br>**Suite 300**<br>**Scottsdale, Arizona**<br>**85255** | Lessee | $36,014.51 | Liquidation | $0.00 |

56.   **Total of Part 9.**    | $0.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

     ☑ No
     ☐ Yes

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59.  **Does the debtor have any interests in intangibles or intellectual property?**

     ☐ No.  Go to Part 11.
     ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** Shurwest.com | Unknown | N/A | Unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** Not valued | Unknown | N/A | Unknown |
| 64. **Other intangibles, or intellectual property** Power BI Implementation | $91,407.06 | Tax records | $91,407.06 |
| Salesforce Implementation | $218,848.49 | Tax records | $218,848.49 |
| 65. **Goodwill** Goodwill - Revaluation necessary (estimated to be less than $700,000) | $14,829,750.00 | N/A | $700,000.00 |

66.  **Total of Part 10.**

     Add lines 60 through 65. Copy the total to line 89.

     | $1,010,255.55 |
     | --- |

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

     ☑ No
     ☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

     ☐ No
     ☑ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

     ☑ No
     ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.  Go to Part 12.
     ☑ Yes Fill in the information below.

Case 2:21-bk-06723-DPC    Doc 53    Filed 09/14/21    Entered 09/14/21 13:23:24    Desc
Main Document         Page 9 of 37

|  |  | Current value of debtor's interest |
|---|---|---|

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

       **The Quantum Group USA LLC**                                                   **Unknown**

| Nature of claim | **Purported transfer of assets giving rise to alter ego or successor liability** |
|---|---|
| Amount requested | **$0.00** |

       **Shurwest v. Hill , Maricopa County Superior Court, Case No. CV2021-009776**       **Unknown**

| Nature of claim | **Breach of fiduciary duty, aiding and abetting, breach of contract, and others** |
|---|---|
| Amount requested | **$0.00** |

       **Third-party claims against intentional tortfeasors, MJSM, LLC, Melanie Schulze-Miller, Future Income Payments, LLC**       **Unknown**

| Nature of claim | **Intentional torts** |
|---|---|
| Amount requested | **$0.00** |

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**                                                            **$0.00**

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

       ☒ No
       ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $170,547.58 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $42,914.34 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $240,265.89 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $112,114.34 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1,010,255.55 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,576,097.70 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,576,097.70 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

☐ Check if this is an
   amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---------|----------------------------------------|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|

**2.1  RLS Capital Holdings, LLLP**
Creditor's Name

**14287 N 8th Street**
**Suite 220**
**Scottsdale, AZ 85260**
Creditor's mailing address

_____
Creditor's email address, if known

Date debt was incurred
**August 19, 2021**
Last 4 digits of account number
**N/A**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Loan to Debtor**                          $200,000.00          $0.00

_____

Describe the lien
**Non-Purchase Money Security**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**3.**  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $200,000.00

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|----------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Case 2:21-bk-06723-DPC    Doc 53    Filed 09/14/21    Entered 09/14/21 13:23:24    Desc
Main Document    Page 12 of 37

Debtor name **SHURWEST, LLC**

United States Bankruptcy Court for the: **DISTRICT OF ARIZONA**

Case number (if known) **2:21-bk-06723-DPC**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**Arizona Department of Revenue**<br>**PO Box 29085**<br>**Phoenix, AZ 85038** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$17.38** | **$17.38** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**August 2021** | Basis for the claim:<br>**Transaction privilege tax** | | |
| | Last 4 digits of account number **3035**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address<br>**Alan Weekes**<br>**c/o Robert G. Rikard, Esq.**<br>**1329 Blanding Street**<br>**Columbia, SC 29201** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed | **$0.00** |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim: __Litiagtion__<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Albert Barwich and Ann Barwich**<br>**c/o Robert G. Rikard, Esq.**<br>**1329 Blanding Street**<br>**Columbia, SC 29201** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed | **$0.00** |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim: __Litigation__<br>Is the claim subject to offset? ■ No ☐ Yes | |

48181
Case 2:21-bk-06723-DPC   Doc 53   Filed 09/14/21   Entered 09/14/21 13:23:24   Desc
Main Document      Page 13 of 37

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrea L. Jantzer**
**c/o Brandon S. Reif, Esq.**
**1925 Century Park East, Suite 1700**
**Los Angeles, CA 90067**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anne H. Rack**
**c/o Robert G. Rikard, Esq.**
**1329 Blanding Street**
**Columbia, SC 29201**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $740.00 |
|---|---|---|---|

**Anthony Ostlund**
**90 S 7th Street**
**3600 Wells Fargo Center**
**Minneapolis, MN 55402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __June 2021 - July 2021__

Last 4 digits of account number __1BDA__

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $268,169.90 |
|---|---|---|---|

**Ballard Spahr, LLP**
**1 E Washington St**
**#2300**
**Phoenix, AZ 85004-2555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __June - July 2021__

Last 4 digits of account number __N/A__

Basis for the claim: __Professional services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,318.00 |
|---|---|---|---|

**Bass, Berry & Sims PLC**
**150 Third Avenue South**
**Suite 2800**
**Nashville, TN 37201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __June - July 2021__

Last 4 digits of account number __N/A__

Basis for the claim: __Professional services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bobby Floyd**
**c/o Robert G. Rikard, Esq.**
**1329 Blanding Street**
**Columbia, SC 29201**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bradley A. Zelinski**
**c/o Robert J. Pearl, Esq.**
**4521 Executive Drive, Suite 101**
**Naples, FL 34119**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------|
| | **Bradley A. Zelinski Living Trust** <br> **c/o Robert J. Pearl, Esq.** <br> **4521 Executive Drive, Suite 101** <br> **Naples, FL 34119** | ☐ Contingent <br> ■ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Litigation** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------|
| | **Brian Cooper** <br> **c/o John Spragens, Esq.** <br> **311 22nd Avenue N.** <br> **Nashville, TN 37203** | ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Litigation** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,627.50 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|
| | **Burr & Forman LLP** <br> **PO Box 830719** <br> **Birmingham, AL 35283-0719** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred **June - July 2021** | Basis for the claim: **Professional services** | |
| | Last 4 digits of account number **9115** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------|
| | **C. Levoy Hansen** <br> **c/o Mark W. Pugsley, Esq.** <br> **36 South State Street, Suite 1400** <br> **Salt Lake City, UT 84145-0385** | ☐ Contingent <br> ■ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Litigation** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------|
| | **Carol Trotter and Wayne Trotter** <br> **c/o Robert G. Rikard, Esq.** <br> **1329 Blanding Street** <br> **Columbia, SC 29201** | ☐ Contingent <br> ■ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Litigation** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------|
| | **Casey Shirley** <br> **c/o Gavin E. Rush, Esq.** <br> **11801 Domain Blvd., 3rd Floor** <br> **Austin, TX 78758** | ☐ Contingent <br> ■ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Litigation** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------|
| | **Charlie Humphreys** <br> **c/o Jaren Wieland, Esq.** <br> **802 W. Bannock Street, Suite 500** <br> **Boise, ID 83702** | ☐ Contingent <br> ■ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Litigation** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Christine Lawson**<br>**c/o Robert G. Rikard, Esq.**<br>**1329 Blanding Street**<br>**Columbia, SC 29201** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Litigation__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Clyde Katzer**<br>**c/o Erin D. Lawrence, Esq.**<br>**1600 Genessee Street, Suite 416**<br>**Kansas City, MO 64102** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Litigation__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,230,482.88 |
|---|---|---|---|
| | **CMAM, Inc dba Heritage Financial Srvcs**<br>**Albert Andrew Manfre & Jeannette Manfre**<br>**28142 Camino Capistrano, Ste 101**<br>**Laguna Niguel, CA 92677** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __8/3/2018__ | Basis for the claim: __Contractual obligation__ | |
| | Last 4 digits of account number __N/A__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Dale Schmoe**<br>**c/o Erin D. Lawrence, Esq.**<br>**1600 Genessee Street, Suite 416**<br>**Kansas City, MO 64102** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Litigation__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Daniel Sendejo and Yolanda Sendejo**<br>**c/o Mark W. Pugsley, Esq.**<br>**36 South State Street, Suite 1400**<br>**Salt Lake City, UT 84145-0385** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Litigation__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **David Carrigan**<br>**c/o Mark W. Pugsley**<br>**36 South State Street, Ste 1400**<br>**Salt Lake City, UT 84145-0385** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Litigation__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **David Larson and Lucye Larson**<br>**c/o Robert G. Rikard, Esq.**<br>**1329 Blanding Street**<br>**Columbia, SC 29201** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Litigation__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|-----|-----|-----|
| | **Debbie Grant**<br>**c/o Robert G. Rikard, Esq.**<br>**1329 Blanding Street**<br>**Columbia, SC 29201** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Litigation__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|-----|-----|-----|
| | **Dennis & Maxine Pierson Living Trust**<br>**c/o Robert G. Rikard, Esq.**<br>**1329 Blanding Street**<br>**Columbia, SC 29201** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Litigation__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|-----|-----|-----|
| | **Dennis Ellis**<br>**c/o Robert G. Rikard, Esq.**<br>**1329 Blanding Street**<br>**Columbia, SC 29201** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Litigation__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|-----|-----|-----|
| | **Dennis Pierson and Maxine Pierson**<br>**c/o Robert G. Rikard, Esq.**<br>**1329 Blanding Street**<br>**Columbia, SC 29201** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Litigation__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $204.02 |
|------|-----|-----|-----|
| | **Dentons Bingham Greenebaum LLP**<br>**3913 Solutions Center**<br>**Chicago, IL 60677-3009** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __April 2021__ | Basis for the claim: __Professional services__ | |
| | Last 4 digits of account number __0001__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|-----|-----|-----|
| | **Devon Corley and Barbara Corley**<br>**c/o Robert G. Rikard, Esq.**<br>**1329 Blanding Street**<br>**Columbia, SC 29201** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Litigation__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|-----|-----|-----|
| | **Diane Bernat**<br>**c/o Robert G. Rikard, Esq.**<br>**1329 Blanding Street**<br>**Columbia, SC 29201** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Litigation__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Diane Mayfield**
c/o Robert G. Rikard, Esq.
1329 Blanding Street
Columbia, SC 29201

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,027,082.66 |
|---|---|---|---|

**DLA Piper LLP (US)**
PO Box 75190
Baltimore, MD 21275

Date(s) debt was incurred __February - June 2021__

Last 4 digits of account number __N/A__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Professional services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dolores Stegelin**
c/o Robert G. Rikard, Esq.
1329 Blanding Street
Columbia, SC 29201

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Donald L. Manley and Debra K. Manley**
c/o Mark W. Pugsley, Esq.
36 South State Street, Suite 1400
Salt Lake City, UT 84145-0385

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Douglas Elkins and Linda Elkins**
c/o Robert G. Rikard, Esq.
1329 Blanding Street
Columbia, SC 29201

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Drucilla Perry**
c/o Robert G. Rikard, Esq.
1329 Blanding Street
Columbia, SC 29201

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,811.20 |
|---|---|---|---|

**Duke Evett, PLLC**
1087 W River Street
Suite 300
Boise, ID 83702

Date(s) debt was incurred __Sept 2020 - July 2021__

Last 4 digits of account number __343M__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**Earl Switzer**
c/o Robert G. Rikard, Esq.
1329 Blanding Street
Columbia, SC 29201

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Litigation

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Element Management Services LLC**
17550 N Perimeter Drive
Suite 300
Scottsdale, AZ 85255

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred July 2021

**Basis for the claim:** Employee production commissions

Last 4 digits of account number N/A

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**Elizabeth Billings**
c/o Robert G. Rikard, Esq.
1329 Blanding Street
Columbia, SC 29201

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Litigation

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**Elizabeth Burgess**
c/o Robert G. Rikard, Esq.
1329 Blanding Street
Columbia, SC 29201

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Litigation

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**Elizabeth Worth and Timothy Worth**
c/o Robert G. Rikcard, Esq.
1329 Blanding Street
Columbia, SC 29201

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Litigation

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**Emma Angelica McKinnon**
c/o Brandon S. Reif, Esq.
1925 Century Park East, Suite 1700
Los Angeles, CA 90067

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Litigation

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**F. Gary Bland and Joan K. Bland**
c/o Mark W. Pugsley, Esq.
36 South State Street, Suite 1400
Salt Lake City, UT 84145-0385

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Litigation

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Case 2:21-bk-06723-DPC    Doc 53    Filed 09/14/21    Entered 09/14/21 13:23:24    Desc
Main Document    Page 19 of 37

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Felix Gonzalez and Karla Gonzalez**
c/o Jaren Wieland, Esq.
802 W. Bannock Street, Suite 500
Boise, ID 83702

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Fred Myette**
c/o Robert G. Rikard, Esq.
1329 Blanding Street
Columbia, SC 29201

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Galen Hess and Jean Hess**
c/o Robert G. Rikard, Esq.
1329 Blanding Street
Columbia, SC 29201

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Gary Cannon**
c/o Mark W. Pugsley
36 South State Street, Ste 1400
Salt Lake City, UT 84145-0385

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,380.00 |
| --- | --- | --- | --- |

**Geiger Prell, LLC**
12980 Foster Street
Suite 150
Overland Park, KS 66213

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __May - July 2021__

Basis for the claim:  __Professional services__

Last 4 digits of account number  __N/A__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**George Geoffrey Leland**
c/o Adam B. Wolf, Esq.
5042 Wilshire Blvd, No. 304
Los Angeles, CA 90036

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**George Zelinski and Janie Lynn Zelinski**
c/o Robert J. Pearl, Esq.
4521 Executive Drive, Suite 101
Naples, FL 34119

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--|--|--|

**Glenn Kornett and Gudrun Kornett**
c/o Robert G. Rikard, Esq.
1329 Blanding Street
Columbia, SC 29201

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--|--|--|

**Gloria Bennett**
c/o Robert G. Rikard, Esq.
1329 Blanding Street
Columbia, SC 29201

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--|--|--|

**Gloria Salvador Rodillas**
c/o Brandon S. Reif, Esq.
1925 Century Park East, Suite 1700
Los Angeles, CA 90067

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--|--|--|

**Great American Life Insurance Company**
PO Box 5420
Cincinnati, OH 45201-5420

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __July 8, 2021__

Basis for the claim: __Basis for claimant's chargeback__

Last 4 digits of account number __N/A__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--|--|--|

**Gregory Tabor**
c/o Gavin E. Rush, Esq.
11801 Domain Blvd., 3rd Floor
Austin, TX 78758

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litiagtion__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--|--|--|

**Hayley Herman and Heather Herman**
c/o Jaren Wieland, Esq.
802 W. Bannock Street, Suite 500
Boise, ID 83702

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $761,250.00 |
|------|--|--|--|

**Horter Investment Management LLC**
17726 Seven Gables Rd
Symmes Township
Cincinnati, OH 45249

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/20/18__

Basis for the claim: __Contractual obligation__

Last 4 digits of account number __N/A__

Is the claim subject to offset? ■ No ☐ Yes

---

Case 2:21-bk-06723-DPC    Doc 53    Filed 09/14/21    Entered 09/14/21 13:23:24    Desc
Main Document     Page 21 of 37

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Jane Henderson**
**c/o Robert G. Rikard, Esq.**
**1329 Blanding Street**
**Columbia, SC 29201**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Jayne Peeples**
**c/o Robert G. Rikard, Esq.**
**1329 Blanding Street**
**Columbia, SC 29201**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Jeff Mitchell**
**c/o Robert G. Rikard, Esq.**
**1329 Blanding Street**
**Columbia, SC 29201**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Jeffrey Andreason**
**c/o Jaren Wieland, Esq.**
**802 Bannock Street, Suite 500**
**Boise, ID 83702**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Jeffrey Maughan**
**c/o Jaren Wieland, Esq.**
**802 W. Bannock Street, Suite 500**
**Boise, ID 83702**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Jeffrey Scott Meiling**
**c/o Gavin E. Rush, Esq.**
**11801 Domain Blvd., 3rd Floor**
**Austin, TX 78758**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Jeffrey Wayne Campbell and Toni Campbell**
**c/o Gavin E. Rush, Esq.**
**11801 Domain Blvd, 3rd Floor**
**Austin, TX 78758**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case 2:21-bk-06723-DPC    Doc 53    Filed 09/14/21    Entered 09/14/21 13:23:24    Desc
Main Document      Page 22 of 37

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|---|---|---|

**Jennifer Seigler**
c/o Robert G. Rikard, Esq.
1329 Blanding Street
Columbia, SC 29201

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|---|---|---|

**Jerome Karnowski and Robin Karnowski**
c/o Robert G. Rikard, Esq.
1329 Blanding Street
Columbia, SC 29201

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|---|---|---|

**Jerry Kelley and Kerry Kelley**
c/o Robert G. Rikard, Esq.
1329 Blanding Street
Columbia, SC 29201

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|---|---|---|

**John Anderson**
c/o Mark W. Pugsley, Esq.
36 South State Street, Suite 1400
Salt Lake City, UT 84145-0385

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|---|---|---|

**John Darby Howard, Jr**
c/o Adam B. Wolf
4 Embarcadero Center, Suite 400
San Francisco, CA 94111

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|---|---|---|

**John E. Hansen and Suzanne Hansen**
c/o Mark W. Pugsley, Esq.
36 South State Street, Suite 1400
Salt Lake City, UT 84145-0385

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|---|---|---|

**John Wendorf and Mary Wendorf**
c/o Robert G. Rikard, Esq.
1329 Blanding Street
Columbia, SC 29201

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Johnny Priester**
c/o Robert G. Rikard, Esq.
1329 Blanding Street
Columbia, SC 29201

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,477.22 |
|---|---|---|---|

**Johnson, Toal & Battiste, PA**
1615 Barnwell Street
Columbia, SC 29201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **June - July 2021**

Basis for the claim:  **Professional services**

Last 4 digits of account number  **0219**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Josephine Wamsley**
c/o Jaren Wieland, Esq.
802 W. Bannock Street, Suite 500
Boise, ID 83702

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**June Emery**
c/o Robert G. Rikard, Esq.
1329 Blanding Street
Columbia, SC 29201

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Karen Roseberry**
c/o Jaren Wieland, Esq.
802 W. Bannock Street, Suite 500
Boise, ID 83702

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Karen Shelstad**
c/o Jaren Wieland, Esq.
802 W. Bannock Street, Suite 500
Boise, ID 83702

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kathleen Nicchi and Vincent Nicchi**
c/o Anthony B. Bingham, Esq.
1423 S. Higley Road, Bldg 4, Suite 110
Mesa, AZ 85206

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**3.80**

Nonpriority creditor's name and mailing address
**Kelley McGraw Gray**
**c/o Robert G. Rikard, Esq.**
**1329 Blanding Street**
**Columbia, SC 29201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.81**

Nonpriority creditor's name and mailing address
**Kevin Haselhorst**
**c/o Anthony B. Bingham**
**1423 S. Higley Road, Bldg 4, Suite 110**
**Mesa, AZ 85206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.82**

Nonpriority creditor's name and mailing address
**King & Spalding LLP**
**PO Box 116133**
**Atlanta, GA 30368-6133**

Date(s) debt was incurred **May - July 2021**

Last 4 digits of account number **7766**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Professional services**

Is the claim subject to offset? ■ No ☐ Yes

$452,438.80

---

**3.83**

Nonpriority creditor's name and mailing address
**Kirt Lewis**
**c/o Jaren Wieland**
**802 W. Bannock Street, Suite 500**
**Boise, ID 83702**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.84**

Nonpriority creditor's name and mailing address
**Koletter A. Page and Cletus Page**
**c/o Brandon S. Reif, Esq.**
**10250 Constellation Blvd, Suite 100**
**Los Angeles, CA 90067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.85**

Nonpriority creditor's name and mailing address
**Kurt Blaettler**
**c/o Robert G. Rikard, Esq.**
**1329 Blanding Street**
**Columbia, SC 29201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.86**

Nonpriority creditor's name and mailing address
**Lara Deretchin and Jeff Deretchin**
**c/o Robert G. Rikard, Esq.**
**1329 Blanding Street**
**Columbia, SC 29201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Larry Stospal**
c/o Daniel E. Gustafson, Esq.
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Laura Pirtle**
c/o Gavin E. Rush, Esq.
11801 Domain Blvd., 3rd Floor
Austin, TX 78758

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Leo C. Valadez**
c/o Steve Weiland, Esq.
802 W. Bannock Street, Suite 500
Boise, ID 83702

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Linda Davy**
c/o Robert G. Rikard, Esq.
1329 Blanding Street
Columbia, SC 29201

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lisa A. Child and Robert K. Child**
c/o Mark W. Pugsley, Esq.
36 South State Street, Suite 1400
Salt Lake City, UT 84145-0385

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lonna Ann Schmidt**
c/o Jaren Wieland, Esq.
802 W. Bannock Street, Suite 500
Boise, ID 83702

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mara Karzen Metzner**
c/o Brandon M. Wise, Esq.
818 Lafayette Avenue, Floor 2
Saint Louis, MO 63104

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Margaret Meyer**
c/o Robert G. Rikard, Esq.
1329 Blanding Street
Columbia, SC 29201

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mary Anne Dennis**
c/o Adam B. Wolf, Esq.
4 Embarcadero Center, Suite 400
San Francisco, CA 94111

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mary Orem**
c/o Robert G. Rikard, Esq.
1329 Blanding Street
Columbia, SC 29201

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Goulding and Debra Goulding**
c/o Robert G. Rikard Esq.
1329 Blanding Street
Columbia, SC 29201

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Mandell**
c/o Brandon M. Wise, Esq.
818 Lafayette Ave., Floor 2
Saint Louis, MO 63104

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael McGraw**
c/o Robert G. Rikard, Esq.
1329 Blanding Street
Columbia, SC 29201

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mike Lince and Florence Lince**
c/o Robert G. Rikard, Esq.
1329 Blanding Street
Columbia, SC 29201

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,152,524.86 |
| --- | --- | --- | --- |

**Minnesota Life Insurance**
**400 Robert Street North**
**Saint Paul, MN 55101-2098**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: __Contractual obligation__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,940.00 |
| --- | --- | --- | --- |

**Mitchell Stein Carey Chapman, PC**
**One Renaissance Square, 2 N Central Ave**
**Suite 1450**
**Phoenix, AZ 85004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __June - July 2021__

Last 4 digits of account number __N/A__

Basis for the claim: __Professional services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Pamela Bott**
**c/o Robert G. Rikard, Esq.**
**1329 Blanding Street**
**Columbia, SC 29201**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Paul Barkal and Susan Barkal**
**c/o Robert G. Rikard, Esq.**
**1329 Blanding Street**
**Columbia, SC 29201**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Peter Matthews and Alberta Matthews**
**c/o Anthony B. Bingham**
**1423 S. Higley Road, Bldg 4, Suite 110**
**Mesa, AZ 85206**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,076.00 |
| --- | --- | --- | --- |

**Quarles & Brady LLP**
**411 E Wisconsin Avenue**
**Suite 2400**
**Milwaukee, WI 53202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __July 2021__

Last 4 digits of account number __N/A__

Basis for the claim: __Professional services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Rachel Buck**
**c/o Jaren Wieland, Esq.**
**802 W. Bannock Street, Suite 500**
**Boise, ID 83702**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

Rasi, Inc.
1701 Directors Blvd, #300
Austin, TX 78744

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **August 2021**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **8604**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

Robert Ayers
c/o Robert G. Rikard, Esq.
1329 Blanding Street
Columbia, SC 29201

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

Robert Johnson
c/o Robert G. Rikard, Esq.
1329 Blanding Street
Columbia, SC 29201

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

Robert Kite
c/o Erin D. Lawrence, Esq.
1600 Genessee Street, Suite 416
Kansas City, MO 64102

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

Robert Manning
c/o Robert G. Rikard, Esq.
1329 Blanding Street
Columbia, SC 29201

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

Rocco Ciofoletti
c/o Daniel E. Gustafson, Esq.
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

Samuel D. Chaney
c/o Robert G. Rikard, Esq.
1329 Blanding Street
Columbia, SC 29201

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**Sara Kilpatrick**
c/o Robert G. Rikard, Esq.
1329 Blanding Street
Columbia, SC 29201

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**Scot Milford**
c/o Brandon M. Wise, Esq.
818 Lafayette Ave., Floor 2
Saint Louis, MO 63104

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**Sean Thomas**
c/o Ashlie Case Sletvold, Esq.
1422 Euclid Avenue, Suite 1610
Cleveland, OH 44115

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**Sheila P. Garrett**
c/o Gavin E. Rush, Esq.
11801 Domain Blvd., 3rd Floor
Austin, TX 78758

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,524.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Squire Patton Boss (US) LLP**
4900 Key Tower
127 Public Square
Cleveland, OH 44114

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **July 2021**

Basis for the claim: **Professional services**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**Stanley Hix**
c/o Robert G. Rikard, Esq.
1329 Blanding Street
Columbia, SC 29201

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**Steven Ganley**
c/o Robert G. Rikard, Esq.
1329 Blanding Street
Columbia, SC 29201

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Steven Wayne Keevan**
**c/o Gavin E. Rush, Esq.**
**11801 Domain Blvd., 3rd Floor**
**Austin, TX 78758**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $122.50 |
|---|---|---|---|

**Supportive Insurance Services**
**1610 S Old Decker Road**
**Vincennes, IN 47591**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **August 2021**

**Last 4 digits of account number** _

**Basis for the claim:** **Professional services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Susana Freeman**
**c/o Brandon M. Wise, Esq.**
**818 Lafayette Ave., Floor 2**
**Saint Louis, MO 63104**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Suzanne Hofford**
**c/o Robert G. Rikard, Esq.**
**1329 Blanding Street**
**Columbia, SC 29201**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Terry Shealy**
**c/o Robert G. Rikard, Esq.**
**1329 Blanding Street**
**Columbia, SC 29201**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,000.00 |
|---|---|---|---|

**The Quantum Group, USA**
**17550 N Perimeter Drive**
**Suite 300**
**Scottsdale, AZ 85255**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **July - August 2021**

**Last 4 digits of account number** **N/A**

**Basis for the claim:** **Contractual obligation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Thomas Dantzler**
**c/o Robert G. Rikard, Esq.**
**1329 Blanding Street**
**Columbia, SC 29201**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Thomas Eliason and Laura Eliason**
**c/o Robert G. Rikard, Esq.**
**1329 Blanding Street**
**Columbia, SC 29201**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Timothy McCauley**
**c/o Gavin E. Rush, Esq.**
**11801 Domain Blvd., 3rd Floor**
**Austin, TX 78758**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32.96 |
|---|---|---|---|

**Transamerica Life Insurance Company**
**6400 C Street SW**
**Cedar Rapids, IA 52499**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __August 2021__

Basis for the claim: __Contractual obligation__

Last 4 digits of account number __7770__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Valerie Lanford**
**c/o Jeff Edwards, Esq.**
**1101 E. 11th Street**
**Austin, TX 78702**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Vandy Kim**
**c/o Robert G. Rikard, Esq.**
**1329 Blanding Street**
**Columbia, SC 29201**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Virginia Howard**
**c/o Robert G. Rikard, Esq.**
**1329 Blanding Street**
**Columbia, SC 29201**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Walter Blohm and Janice K. Blohm**
**c/o Robert G. Rikard, Esq.**
**1329 Blanding Street**
**Columbia, SC 29201**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 2:21-bk-06723-DPC   Doc 53   Filed 09/14/21   Entered 09/14/21 13:23:24   Desc
Main Document   Page 32 of 37

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **Wayne Gugel** | ☐ Contingent | |
| | **c/o Robert G. Rikard, Esq.** | ■ Unliquidated | |
| | **1329 Blanding Street** | ■ Disputed | |
| | **Columbia, SC 29201** | | |
| | Date(s) debt was incurred _ | Basis for the claim: __Litigation__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **William Breedin and Lynn Breedin** | ☐ Contingent | |
| | **c/o Robert G. Rikard, Esq.** | ■ Unliquidated | |
| | **1329 Blanding Street** | ■ Disputed | |
| | **Columbia, SC 29201** | | |
| | Date(s) debt was incurred _ | Basis for the claim: __Litigation__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **William Rich and Karen Rich** | ☐ Contingent | |
| | **c/o Robert G. Rikard, Esq.** | ■ Unliquidated | |
| | **1329 Blanding Street** | ■ Disputed | |
| | **Columbia, SC 29201** | | |
| | Date(s) debt was incurred _ | Basis for the claim: __Litigation__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **William Schaidle** | ☐ Contingent | |
| | **c/o Robert G. Rikard, Esq.** | ■ Unliquidated | |
| | **1329 Blanding Street** | ■ Disputed | |
| | **Columbia, SC 29201** | | |
| | Date(s) debt was incurred _ | Basis for the claim: __Litigation__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**Part 3:**  List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.1 | **Andrea L. Jantzer** **c/o Jason J. Kane** **1150-J Pittsford-Victor Road, 1st Floor** **Pittsford, NY 14534** | Line __3.3__ ☐ Not listed. Explain ____ | _ |
| 4.2 | **Andrea L. Jantzer** **c/o Jon C. Furgison** **445 31st Street** **Hermosa Beach, CA 90254** | Line __3.3__ ☐ Not listed. Explain ____ | _ |
| 4.3 | **Arizona Department of Revenue** **Bankruptcy Unit** **PO Box 29070** **Phoenix, AZ 85038-9070** | Line __2.1__ ☐ Not listed. Explain ____ | __3035__ |
| 4.4 | **Brian Cooper** **c/o Joseph Peiffer, Esq.** **1519 Robert C. Blakes Sr. Drive, 1st Flr** **New Orleans, LA 70130** | Line __3.11__ ☐ Not listed. Explain ____ | _ |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.5 | **Casey Shirley**<br>c/o Jospeh C. Peiffer, Esq.<br>201 St. Charles Avenue, Sutie 4314<br>New Orleans, LA 70170 | Line __3.15__<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Daniel Sendejo and Yolanda Sendejo**<br>c/o Robert G. Rikard, Esq.<br>1329 Blanding Street<br>Columbia, SC 29201 | Line __3.21__<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **David Carrigan**<br>c/o Robert G. Rikard, Esq.<br>1329 Blanding Street<br>Columbia, SC 29201 | Line __3.22__<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Emma Angelica McKinnon**<br>c/o Jon C. Furgison, Esq.<br>444 Longfellow Avenue<br>Hermosa Beach, CA 90254 | Line __3.43__<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Gary Cannon**<br>c/o Robert G. Rikard, Esq.<br>1329 Blanding Street<br>Columbia, SC 29201 | Line __3.48__<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **George Geoffrey Leland**<br>c/o Tracey B. Cowan, Esq.<br>4 Embarcadero Center, Suite 400<br>San Francisco, CA 94111 | Line __3.50__<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Gloria Salvador Rodillas**<br>c/o Jon C. Furgison, Esq.<br>444 Longfellow Avenue<br>Hermosa Beach, CA 90254 | Line __3.54__<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Gregory Tabor**<br>c/o Joseph C. Peiffer<br>201 St. Charles Avenue, Suite 4314<br>New Orleans, LA 70170 | Line __3.56__<br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Jeffrey Scott Meiling**<br>c/o Joseph C. Peiffer<br>201 St. Charles Ave., Suite 4314<br>New Orleans, LA 70170 | Line __3.64__<br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Jeffrey Wayne Campbell and Toni Campbell**<br>c/o Joseph C. Peiffer, Esq.<br>201 St. Charles Avenue, Suite 4314<br>New Orleans, LA 70170 | Line __3.65__<br>☐ Not listed. Explain ____ | _ |
| 4.15 | **John Anderson**<br>c/o Robert G. Rikard, Esq.<br>1329 Blanding Street<br>Columbia, SC 29201 | Line __3.69__<br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Larry Stospal**<br>c/o Lee Squitieri, Esq.<br>32 East 57th Street, 12th Floor<br>New York, NY 10022 | Line __3.87__<br>☐ Not listed. Explain ____ | _ |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.17 | **Laura Pirtle**<br>**c/o Joseph C. Peiffer, Esq.**<br>**201 St. Charles Ave., Suite 4314**<br>**New Orleans, LA 70170** | Line **3.88**<br>☐ Not listed. Explain ____ | _ |
| 4.18 | **Leo C. Valadez**<br>**c/o Joseph C. Peiffer, Esq.**<br>**1519 Robert C. Blakes Sr. Drive**<br>**New Orleans, LA 70130** | Line **3.89**<br>☐ Not listed. Explain ____ | _ |
| 4.19 | **Minnesota Life Insurance**<br>**c/o Shawn M. Raiter, Esq.**<br>**2800 Wells Fargo Pl, 30 E Seventh Street**<br>**Saint Paul, MN 55101** | Line **3.101**<br>☐ Not listed. Explain ____ | _ |
| 4.20 | **Minnesota Life Insurance**<br>**c/o Robert D. Phillips Jr., Esq.**<br>**333 S. Hope Street, 16th Floor**<br>**Los Angeles, CA 90071** | Line **3.101**<br>☐ Not listed. Explain ____ | _ |
| 4.21 | **Rocco Ciofoletti**<br>**c/o Lee Squitieri, Esq.**<br>**32 East 57th Street, 12th Floor**<br>**New York, NY 10022** | Line **3.113**<br>☐ Not listed. Explain ____ | _ |
| 4.22 | **Sheila P. Garrett**<br>**c/o Joseph C. Peiffer**<br>**201 St. Charles Ave., Suite 4314**<br>**New Orleans, LA 70170** | Line **3.118**<br>☐ Not listed. Explain ____ | _ |
| 4.23 | **Steven Wayne Keevan**<br>**c/o Joseph C. Peiffer**<br>**201 St. Charles Avenue, Suite 4314**<br>**New Orleans, LA 70170** | Line **3.122**<br>☐ Not listed. Explain ____ | _ |
| 4.24 | **Timothy McCauley**<br>**c/o Joseph C. Peiffer, Esq.**<br>**11801 Domain Blvd., 3rd Floor**<br>**New Orleans, LA 70170** | Line **3.130**<br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | | Total of claim amounts |
|---|---|---|---|---|
| 5a. Total claims from Part 1 | | 5a. | $ | **17.38** |
| 5b. Total claims from Part 2 | | 5b. + | $ | **6,011,202.50** |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | | 5c. | $ | **6,011,219.88** |

Debtor name **SHURWEST, LLC**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) **2:21-bk-06723-DPC**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Services/Employment Agreement** | |
| | State the term remaining | **July 1, 2022** | **Element Management Services LLC**<br>**17550 N Perimeter Drive**<br>**Suite 300**<br>**Scottsdale, AZ 85255** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Office lease** | |
| | State the term remaining | **Expires September 2022 - one year** | **EWR Scottsdale P&P, LLC**<br>**51 N Broadway**<br>**Suite 600**<br>**Fargo, ND 58102** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
| | State the term remaining | **Quarter to quarter** | **The Quantum Group USA LLC**<br>**17550 N Perimeter Drive**<br>**Suite 300**<br>**Scottsdale, AZ 85255** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Debtor name    **SHURWEST, LLC**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known)    **2:21-bk-06723-DPC**

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **See comment** | **See Item 7 of Statement of Financial Affairs - any co-Defendants may be liable on any of the debts of the corresponding plaintiffs. Additionally, MJSM, LLC, Melanie Schulze-Miller and Future Income Payments, LLC may be liable as intentional tortfeasors.** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

Case 2:21-bk-06723-DPC    Doc 53    Filed 09/14/21    Entered 09/14/21 13:23:24    Desc
Main Document     Page 37 of 37