MESCH CLARK ROTHSCHILD
259 North Meyer Avenue
Tucson, Arizona 85701
Phone: (520) 624-8886
Fax: (520) 798-1037
Email: mmcgrath@mcrazlaw.com
irothschild@mcrazlaw.com
ecfbk@mcrazlaw.com
By: Michael McGrath, # 6019
Isaac D. Rothschild, # 25726
85026-2/tld

Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re | Chapter 11 |
|---|---|
| SHURWEST, LLC, an Arizona limited liability corporation fka SHURWEST, INC., an Arizona corporation, | No. 2:21-bk-06723-DPC |
| | **AMENDMENT TO MASTER MAILING LIST** |
| Debtor. | |

Shurwest, LLC, ("Debtor"), through counsel undersigned, hereby amends the Master Mailing List to correct the addresses for the following creditors:

| ALAN WEEKES | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
|---|---|---|---|
| ALBERT BARWICH AND ANN BARWICH | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| ANNE H. RACK | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| BOBBY FLOYD | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| CAROL TROTTER AND WAYNE TROTTER | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| CHRISTINE LAWSON | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| DANIEL SENDEJO AND YOLANDA SENDEJO | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |

| | | | | |
|---|---|---|---|---|
| 1 | DAVID CARRIGAN | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| 2 | DAVID LARSON AND LUCYE LARSON | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| 3 | DEBBIE GRANT | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| 4 | DENNIS & MAXINE PIERSON LIVING TRUST | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| 5 | DENNIS ELLIS | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| 6 | DENNIS PIERSON AND MAXINE PIERSON | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| 7 | DEVON CORLEY AND BARBARA CORLEY | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| 8 | DIANE BERNAT | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| 9 | DIANE MAYFIELD | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| 10 | DOLORES STEGELIN | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| 11 | DOUGLAS ELKINS AND LINDA ELKINS | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| 12 | DRUCILLA PERRY | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| 13 | EARL SWITZER | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| 14 | ELIZABETH BILLINGS | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| 15 | ELIZABETH BURGESS | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| 16 | ELIZABETH WORTH AND TIMOTHY WORTH | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| 17 | FRED MYETTE | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| 18 | GALEN HESS AND JEAN | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| 19 | GARY CANNON | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| 20 | GARY HOORNAERT | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| 21 | GLENN KORNETT AND GUDRUN KORNETT | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| 22 | GLORIA BENNETT | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| 23 | JAYNE PEEPLES | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| 24 | JEFF MITCHELL | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| 25 | JENNIFER SEIGLER | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| 26 | JEROME KARNOWSKI ROBIN KARNOWSKI | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| | JERRY KELLEY AND KERR KELLEY | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| | JOHN ANDERSON | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| | JOHN WENDORF AND MARY WENDORF | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| | JOHNNY PRIESTER | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| | JUNE EMERY | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| | KELLEY MCGRAW GRAY | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |

| | | | |
|---|---|---|---|
| KURT BLAETTLER | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| LARA DERETCHIN AND JEFF DERETCHIN | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| LINDA DAVY | C/O ROBERT G. RIKARD, ESQ.. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| MARGARET MEYER | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| MARY OREM | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| MICHAEL GOULDING AND DEBRA GOULDING | C/O ROBERT G. RIKARD, ESQ. E | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| MICHAEL MCGRAW | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| MIKE LINCE AND LORENCE LINCE | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| PAMELA BOTT | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| PAMELA PRYZBYLSKI | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| PAUL BARKAL AND SUSAN BARKAL | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| ROBERT AYERS | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| ROBERT JOHNSON | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| ROBERT LOOK SR. | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| ROBERT MANNING | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| SAMUEL D. CHANEY | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| SARA KILPATRICK | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| STANLEY HIX | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| STEVEN GANLEY | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| SUZANNE HOFFORD | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| TERRY SHEALY | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| THOMAS DANTZLER | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| THOMAS ELIASON AND LAURA ELIASON | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| VANDY KIM | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| VIRGINIA HOWARD | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| WALTER BLOHM AND JANICE K. BLOHM | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| WAYNE GUGEL | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| WILLIAM BREEDIN AND BREEDIN | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| WILLIAM RICH AND KAREN RICH | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |
| WILLIAM SCHAIDLE | C/O ROBERT G. RIKARD, ESQ. | 2110 N. BELTLINE BLVD. | COLUMBIA SC 29204 |

| | | |
|---|---|---|
| 1 | DATED: October 8, 2021 | MESCH CLARK ROTHSCHILD |
| 2 | | |
| 3 | | By */s/Isaac D. Rothschild, #25726* |
| 4 | | Michael McGrath, #6019<br>Isaac D. Rothschild, # 25726 |
| 5 | | Attorneys for Debtor |
| 6 | Notice of Electronic Filing ("NEF") electronically served on the date of filing upon the registered CM/ECF Users herein as evidenced by the NEF. | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | 28Q5451.DOCX | |