MESCH CLARK ROTHSCHILD
259 North Meyer Avenue
Tucson, Arizona 85701
Phone: (520) 624-8886
Fax: (520) 798-1037
Email: mmcgrath@mcrazlaw.com
irothschild@mcrazlaw.com
ecfbk@mcrazlaw.com

By: Michael McGrath, # 6019
Isaac D. Rothschild, # 25726
85026-2/gc

Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>SHURWEST, LLC, an Arizona limited liability corporation fka SHURWEST, INC., an Arizona corporation,<br><br>Debtor. | Chapter 11<br><br>No. 2:21-bk-06723-DPC<br><br>**STIPULATION TO EXTEND DEADLINE REGARDING DEBTOR'S MOTION TO APPROVE SETTLEMENT BETWEEN SHURWEST, MINNESOTA LIFE INSURANCE COMPANY AND THE QUANTUM GROUP USA, LLC** |

Shurwest, LLC ("Shurwest" or "Debtor"), and Timothy W. Horn dba Horn Financial Services ("Horn") (collectively "the Parties"), through undersigned counsel, hereby stipulate and agree that Horn shall have until August 15, 2022 to file its objection to the *Motion to Approve Settlement Between Shurwest, Minnesota Life Insurance Company and The Quantum Group USA, LLC* (DE 438).

1 | The extension is sought in good faith to accommodate counsel for Horn's schedule
2 | and allow the parties to attempt to resolve issues with regard to the proposed settlement and
3 | its impact on the Amended Plan.

DATED: August 8, 2022					MESCH CLARK ROTHSCHILD

							By:	/s/Isaac D. Rothschild, #25726
								Michael McGrath
								Isaac D. Rothschild
								Attorneys for Debtor

							STRUESAND, LANDON, OZBURN & LEMMON, LLP

							By:	/s/G. James Landon, w/permission
								Sabrina L. Struesand
								Anh Nguyen
								G. James Landon
								Attorneys for Timothy W. Horn dba
								Horn Financial Services

Notice of Electronic Filing ("NEF") electronically served on the date of filing upon the registered CM/ECF Users herein as evidenced by the NEF.

29J8765