SO ORDERED.

Dated: September 7, 2022

Daniel P. Collins, Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>SHURWEST, LLC, an Arizona limited liability corporation fka SHURWEST, INC., an Arizona corporation,<br><br>Debtor. | Chapter 11<br><br>No. 2:21-bk-06723-DPC<br><br>**ORDER GRANTING MOTION TO APPROVE SETTLEMENT BETWEEN SHURWEST, MINNESOTA LIFE INSURANCE COMPANY AND THE QUANTUM GROUP, USA, LLC** |

The Court, having considered the *Motion to Approve Settlement between Shurwest, Minnesota Life Insurance Company and The Quantum Group, USA, LLC* (DE 438) ("Motion") filed by Debtor Shurwest, LLC, the *Ciofoletti Creditors' Objection to the Settlement and Motion to Approve the Settlement Between Shurwest, Minnesota Life Insurance Company and The Quantum Group, USA, LLC* (DE 462) ("Objection"), the stipulation placed on the record at the hearing held on September 1, 2022 and good cause appearing,

IT IS HEREBY ORDERED that the Objection is WITHDRAWN.

IT IS FURTHER ORDERED that the Motion is GRANTED. It is clarified that the Motion and this Order does not resolve any claims that Shurwest, LLC may have against The Quantum Group, USA nor does the Motion or this Order have any impact on any

claims that any creditor of this Estate may have against any non-debtor entity including The Quantum Group, USA, LLC or Minnesota Life Insurance Company.

     IT IS FURTHER ORDERED that the Debtor is authorized to implement the settlement.

     IT IS FURTHER ORDERED that the hearing set for September 28, 2022 related to the Motion is VACATED.

**DATED AND SIGNED ABOVE.**

AGREED TO FORM AND CONTENT
MESCH CLARK ROTHSCHILD

By: /s/Isaac D. Rothschild
    Michael McGrath
    Isaac D. Rothschild
    Attorneys for Debtor

COHEN DOWD QUIGLEY P.C.

By: /s/Daniel G. Dowd, with permission
    Daniel G. Dowd
    J. Neil Stuart
    Attorneys for the Quantum Group, USA, LLC

ALSTON & BIRD, LLP

By: /s/Leib M. Lerner, with permission
    Leib M. Lerner
    Gillian Clow
    Attorneys for Minnesota Life Insurance Company

ZIMMERMAN REED, LLP
SQUITIERI & FEARON, LLP

By: /s/Lee Squitieri, with permission
    Hart Rabinovitch
    Lee Squitieri
    Attorneys for Ciofoletti Creditors