MESCH CLARK ROTHSCHILD
259 North Meyer Avenue
Tucson, Arizona 85701
Phone:   (520) 624-8886
Fax:     (520) 798-1037
Email: mmcgrath@mcrazlaw.com
         irothschild@mcrazlaw.com
         ecfbk@mcrazlaw.com
By:    Michael McGrath, # 6019
       Isaac D. Rothschild, # 25726
       85026-2/

Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Chapter 11 |
| SHURWEST, LLC, an Arizona limited liability corporation fka SHURWEST, INC., an Arizona corporation, | No. 2:21-bk-06723-DPC |
| | **NOTICE OF ENTRY OF CONFIRMATION ORDER** |
| Debtor. | |

**TO ALL CREDITORS, TAXING AUTHORITIES, THE UNITED STATES OF AMERICA, AND OTHER PARTIES IN INTEREST:**

NOTICE IS GIVEN that the Court entered an *Order Confirming Debtor's Third Amended Plan of Reorganization (Subchapter V) Dated December 2022* (DE 579) (the "Confirmation Order") on December 22, 2022, concerning the *Debtor's Third Amended*

*Plan of Reorganization (Subchapter V) Dated December 2022)* (DE 569) (the "Plan"). The Confirmation Order, which includes the Plan as an attachment, is served herewith.

DATED: December 28, 2022          MESCH CLARK ROTHSCHILD

By: *s/ Isaac D. Rothschild # 25726*
     Michael McGrath
     Isaac D. Rothschild
     Attorneys for Debtor

Notice of Electronic Filing ("NEF") electronically served on the date of filing upon the registered CM/ECF Users herein as evidenced by the NEF.