# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>SHURWEST, LLC, an Arizona limited liability corporation fka SHURWEST, INC., an Arizona corporation,<br><br>Debtor. | Chapter 11<br><br>No. 2:21-bk-06723-DPC<br><br>**ORDER SUSTAINING OBJECTION TO CLAIMS NOS. 142 AND 143 FILED BY THOMAS CORNINE AND THE FREEMAN AGENCY** |

Shurwest, LLC ("Debtor"), filed its *Objection to Claims Nos. 142 and 143 Filed by Thomas Cornine and The Freeman Agency* (DE 530) (the "Objection"). Debtor gave due and appropriate notice of the bar date to file a response to all parties-in-interest as evidenced by the *Notice of Bar Date and Opportunity to Object and Notice* of Filing (DE 535).

No responses to the Objection have been filed as evidenced by the *Certificate of Service and No Objections*.

Upon consideration of the Objection and the entire record of the case; Thomas Cornine and The Freeman Agency having not met their burden to establish liability as to the Debtor; and good cause appearing,

IT IS HEREBY ORDERED as follows:

1. Sustaining the Objection as to Claims Nos. 142 and 143 filed by Thomas Cornine and The Freeman Agency, and

2. Disallowing Claims Nos. 142 and 143 filed by Thomas Cornine and The Freeman Agency.

**DATED AND SIGNED ABOVE.**