MESCH CLARK ROTHSCHILD
259 North Meyer Avenue
Tucson, Arizona 85701
Phone:   (520) 624-8886
Fax:     (520) 798-1037
Email: mmcgrath@mcrazlaw.com
         irothschild@mcrazlaw.com
         ecfbk@mcrazlaw.com
By:     Michael McGrath, # 6019
        Isaac D. Rothschild, # 25726
        85026-2/mbt

Attorneys for Debtor

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In re | Chapter 11 |
|---|---|
| SHURWEST, LLC, an Arizona limited liability corporation fka SHURWEST, INC., an Arizona corporation, | No. 2:21-bk-06723-DPC |
| | **NOTICE OF EFFECTIVE DATE AND ASSOCIATED DEADLINES** |
| Debtor. | |

**TO ALL CREDITORS, TAXING AUTHORITIES, THE UNITED STATES OF AMERICA, AND OTHER PARTIES IN INTEREST:**

NOTICE IS GIVEN that, in accordance with the terms of the *Debtor's Third Amended Plan of Reorganization (Subchapter V) Dated December 2022* (DE 569) ("Plan") as confirmed by the Bankruptcy Court pursuant to the *Order Confirming Debtor's Third Amended Plan of Reorganization (Subchapter V) Dated December 2022* (DE 579) ("Confirmation Order") **January 20, 2023,** has been determined to be the Effective Date[1] under the Plan. Pursuant to the Plan and Confirmation Order, all conditions for the occurrence of the Effective Date were either completed, satisfied, or waived as of the Effective Date.

---

[1] Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to such terms in the Plan.

NOTICE IS FURTHER GIVEN that, except as otherwise expressly provided in the Plan or in the Confirmation Order after funding the Reorganization Fund, and after the deemed transfers of claims and causes of action to the Liquidation Trust, any remaining estate assets will be vested with Shurwest as of the Effective Date, free and clear of all claims, liens, encumbrances, charges, and other interests of creditors, and Debtor will thereafter hold, use, dispose or otherwise deal with such property and operate its business free of any restrictions imposed by the Bankruptcy Code or by the Court. In the event of a post-confirmation conversion to Chapter 7, all assets will be vested in a Chapter 7 Trustee at the time of the conversion.

NOTICE IS FURTHER GIVEN that all Estate Professionals shall file with the Bankruptcy Court and serve an application seeking approval and payment of any unpaid fees and costs incurred prior to the Effective Date pursuant to Bankruptcy Code §330 **within 30 days** after the Effective Date. Any such application that is not timely filed and served will be forever barred from distributions from the bankruptcy estate.

NOTICE IS FURTHER GIVEN that, to the extent that any creditor believes it has an administrative expense claim that is not being paid in the ordinary course, that creditor must file with the Bankruptcy Court and serve its request for payment of administrative costs and expenses incurred after the Petition Date and prior to the Effective Date, pursuant to Bankruptcy Code §§ 507(a)(1) and 503(b), **no later than 30 days** after the Effective Date. Any such application that is not timely filed and served will be forever barred from distributions from the bankruptcy estate. Creditors that are current on their post-petition ordinary course payments do not need to file an Administrative Expense claim.

NOTICE IS FURTHER GIVEN that the Creditor Trust Agreement, which is an integral part of the Plan, has been fully signed and finalized.

NOTICE IS FURTHER GIVEN that the Litigation Trustee shall initiate any avoidance actions or other lawsuits, and the Debtor shall file any claims objections on or before March 31, 2023. The Litigation Trustee shall be given a budget of $25,000.00 to investigate these claims that shall be reserved from any initial distribution from the Reorganization Fund. Any actions not timely filed by the Litigation Trustee shall be automatically deemed abandoned to the Debtor without further notice or motion, and the Debtor or other interested party shall have an additional 90 days to take appropriate action in the Bankruptcy Court until August 31, 2023. If no action is taken such claims shall be barred.

NOTICE IS FURTHER GIVEN that, except as otherwise provided in the Plan, all notices, requests, elections or demands in connection with the Plan, including any change of address regarding any Claim, for the purposes of receiving any distributions under this Plan, shall be in writing and shall be delivered personally or mailed by stamped first class mail to

| | |
|---|---|
| 1 | the address below. Such notice shall be deemed to have been given the next business day after receipt or, if mailed by first class mail, seven (7) days after the date of mailing. |
| 2 | |
| 3 | |
| 4 | DATED: February 1, 2023          MESCH CLARK ROTHSCHILD |
| 5 | |
| 6 |                                  By: *s/ Isaac D. Rothschild # 25726* |
| 7 |                                       Michael McGrath |
|   |                                       Isaac D. Rothschild |
| 8 |                                       Attorneys for Debtor |
| 9 | Notice of Electronic Filing ("NEF") |
| 10 | electronically served on the date of filing upon the registered CM/ECF |
| 11 | Users herein as evidenced by the NEF. |
| 12 | 4879-7543-0471 v.1 |