SO ORDERED.

Dated: November 3, 2023

Daniel P. Collins, Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>SHURWEST, LLC, an Arizona limited liability corporation fka SHURWEST, INC., an Arizona corporation,<br><br>Debtor. | Chapter 11<br><br>No. 2:21-bk-06723-DPC<br><br>**ORDER GRANTING STIPULATED MOTION FOR TERMINATION OF TRUST, ENTRY OF DISCHARGE AND FOR FINAL DECREE** |

Upon consideration of the Parties' *Stipulated Motion for Termination of Trust, Entry of Discharge and for Final Decree* (the "Stipulated Motion"), and good cause appearing;

IT IS HEREBY ORDERED that the Stipulated Motion is granted.

IT IS FURTHER ORDERED that the Creditor Trust is terminated.

IT IS FURTHER ORDERED that the Debtor is granted its discharge pursuant to 11 U.S.C. §1192.

IT IS FURTHER ORDERED a final decree is entered and the Clerk's Office is directed to close this bankruptcy case.

**DATED AND SIGNED ABOVE.**